<pre>
 1
 2
 3
 4                                                          O
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  ROBERT HENDERSON,              )  Case No. CV 14-05960 DDP (PJWx)
                                   )
12              Plaintiff,         )  **ORDER TO SHOW CAUSE WHY**
                                   )  **PLAINTIFF'S COMPLAINT SHOULD NOT**
13      v.                         )  **BE DISMISSED FOR FAILURE TO**
                                   )  **PARTICIPATE IN RULE 26(F)**
14  JP MORGAN CHASE & COMPANY;     )  **CONFERENCE**
    ENTERPRISE RENT-A-CAR,         )
15                                 )
                Defendants.        )
16  _____)
17
</pre>

   Rule 26(f) requires parties to a lawsuit to "confer as soon as practicable--and in any event at least 21 days before a scheduling conference is to be held." Fed. R. Civ. P. 26(f). "The attorneys of record *and all unrepresented parties* that have appeared in the case are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court within 14 days after the conference a written report outlining the plan." Id. (emphasis added).

   The Court informed Plaintiff of his responsibility to arrange and take part in a Rule 26(f) conference with Defendants in its Order of September 12, 2014:

```
 1          The parties are reminded of their obligations to disclose
 2          information and confer on a discovery plan not later than
 3          twenty-one (21) days prior to the scheduling conference and
 4          file a report with the Court entitled "Rule 26(f) Report", not
 5          later than fourteen (14) days after they confer as required by
 6          Federal Rule of Civil Procedure 26 and the Local Rules of this
 7          Court. Failure to comply may lead to the imposition of
 8          sanctions.
```

(Dkt. No. 26.)

    Defendants have submitted a report pursuant to Rule 26(f). (Dkt. No. 38.)  In this report, Defendants allege that Plaintiff has not responded to correspondence and has been unreachable by phone.  (<u>Id.</u> at 2:1-5 & n.1.)  In the absence of any other information, such failure to confer or cooperate in good faith in the 26(f) process appears to warrant dismissal of Plaintiff's action against Defendants.

    The Court therefore ORDERS Plaintiff to show good cause for his apparent non-participation in the Rule 26(f) process. Plaintiff's response to this order must be filed with the Court no later than twenty (20) days after the date of this order.  Failure to show good cause may result in sanctions, including dismissal of the action.

    The scheduling conference set for 3:30 P.M. on November 24, 2014 is hereby VACATED.

IT IS SO ORDERED.

Dated: November 19, 2014

                                                DEAN D. PREGERSON
                                                United States District Judge