O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT HENDERSON, | ) Case No. CV 14-05960 DDP (PJWx) |
|---|---|
| Plaintiff, | ) **ORDER DISMISSING COMPLAINT** |
| v. | ) **[Dkt. No. 41]** |
| JP MORGAN CHASE & COMPANY; ENTERPRISE RENT-A-CAR, | ) |
| Defendants. | ) |

On November 19, 2014, the Court issued an order requiring Plaintiff to show cause why his Complaint should not be dismissed for failure to participate in the mandatory Rule 26(f) conference. (Dkt. No. 41.) The Court gave Plaintiff 20 days in which to respond. Three months have now passed, and Plaintiff has filed no documents of any kind with the Court. Accordingly, the Court hereby DISMISSES the Complaint.

IT IS SO ORDERED.

Dated: February 9, 2015

DEAN D. PREGERSON
United States District Judge